IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA, | No. 2:23-CV-0651-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| R. ST. ANDRE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 5. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

IT IS SO ORDERED.

Dated: May 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1