**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ARMENTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. ST. ANDRE, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-0651-TLN-DMC<br><br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 24, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 29.) The time to file objections has passed, and neither party filed objections.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 24, 2021 (ECF No. 29) are ADOPTED IN FULL;
2. Plaintiff's Motion for Injunctive Relief (ECF No. 2) is DENIED.
3. This matter is referred back to the Magistrate Judge for further proceedings.

Date: March 18, 2024

_____
Troy L. Nunley
United States District Judge

2