IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>Plaintiff,<br><br>v.<br><br>R. ST. ANDRE, et al.,<br><br>Defendants. | No. 2:23-cv-0651-TLN-DM<br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 15, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 31.) The time to file objections has passed, and neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations, filed on July 15, 2021 (ECF No. 31), are ADOPTED IN FULL;
2. The Court GRANTS in part and DENIES in part Defendants' Motion to Dismiss (ECF No. 21)
3. The Court DISMISSES Plaintiff's claim for injunctive relief as moot.
4. The Court DISMISSES Plaintiff's equal protection claim with prejudice;
5. The Court DENIES Defendants' motion as to Plaintiff's free exercise claim;
6. The Court DISMISSED Defendant Allison on Plaintiff's Notice (ECF No. 32);
7. This action proceeds on Plaintiff's original Complaint as to his free exercise claims for damages against Defendants St. Andre, Keibler, Orenstein, and Sphere, in their individual capacities;
8. Defendants shall file an answer to Plaintiff's complaint within thirty (30) days of the date of the electronic filing date of this Order; and
9. This matter is referred back to the assigned magistrate judge for further proceedings.

Date: September 5, 2024

Troy L. Nunley
United States District Judge