IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA, | No. 2:23-CV-0651-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| R. ST. ANDRE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion to opt-out of the Court's early ADR program. See ECF No. 37. Good cause appearing therefor, Defendants' motion will be granted.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to opt-out of the Court's early ADR program, ECF No. 37, is granted.

Dated: June 6, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1