IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ARMENTA,

                                   Plaintiff,

          v.

ST. ANDRE, et al.,

                                   Defendants.

Case No. 2:23-CV-0651-TLN-DMC-P

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STAY DISCOVERY AND MODIFY THE DISCOVERY AND SCHEDULING ORDER**

///
///
///
///
///
///
///
///
///
///

1

1    Plaintiff Richard Armenta filed this prisoner civil-rights action alleging that Defendants

2  violated his First Amendment rights. Defendants R. St. Andre, S. Orenstein, B. Kibler, and J.

3  Speers ("Defendants") moved the Court ex parte to stay discovery and modify the Discovery and

4  Scheduling Order pending the Court's resolution of Defendants' Motion to Revoke Plaintiff's *In*

5  *Forma Pauperis* Status and Dismiss the Complaint ("Motion").  ECF No. 42.  Having read and

6  considered the briefing on file, and good cause appearing, Defendants' motion, ECF No. 42, is

7  **GRANTED**. Discovery in this case is therefore stayed and all further case deadlines are vacated

8  until the Court has ruled on Defendants' Motion.

9    **IT IS SO ORDERED**.

10

11    Dated:  June 6, 2025

12                                                         _____
                                                          DENNIS M. COTA
13                                                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28