**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| RICHARD ARMENTA, | No. 2:23-CV-0651-TLN-DMC-P |
| Plaintiff, |  |
| v. | ORDER |
| R. ST. ANDRE, et al., |  |
| Defendants. |  |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to strike. See ECF No. 50. Defendants have filed an opposition. See ECF No. 52. Plaintiff has filed a reply. See ECF No. 53.

In his motion, which was signed by Plaintiff on February 6, 2026, and filed on February 17, 2026, Plaintiff seeks an order "striking" his deposition taken on February 5, 2026. See ECF No. 50. Plaintiff also seeks an order suppressing use of his deposition at trial, excluding its use on summary judgment, and imposing sanctions. See id. In their opposition, Defendants note that Plaintiff appeared at his properly noticed deposition on February 5, 2026, after having failed to appear at his deposition noticed for January 30, 2026. See ECF No. 52. At the time of the deposition on February 5, 2026, Plaintiff agreed to the deposition taking place. See id. Because Plaintiff agreed to the taking of the deposition, he has waived any objections to the

1

deposition occurring on February 5, 2026. See Fed. R. Civ. Pro. 32(3)(d); see also Sanders v. Univ. of Idaho, Coll. of L., 2022 WL 6159590, at *1 (D. Idaho Oct. 8, 2022).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to strike, ECF No. 50, is DENIED.

Dated:  April 7, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2