IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ARMENTA,**<br><br>          Plaintiff,<br><br>  v.<br><br>**ST. ANDRE, et al.,**<br><br>         Defendants. | Case No. 2:23-CV-0651-TLN-DMC-P<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Plaintiff is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Defendant' motion for an extension of time to file a motion for summary judgment or other dispositive motion. See ECF No. 55. Defendants seek to extend the deadline to file a motion for summary judgment or other dispositive motion by sixty days, up to and including August 8, 2026. Having considered the application, the Court finds good cause for the requested extension based on counsel's declaration indicating the need for additional time to investigate Plaintiff's claims and gather evidence.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, **IT IS HEREBY ORDERED** as follows:

1.  Defendants' motion or an extension of time to file a motion for summary judgment or other dispositive motion, ECF No. 55, is **GRANTED**; and

2.  The period of time for Defendants to file a motion for summary judgment or other dispositive motion is extended by sixty days, up to and including August 8, 2026.

Dated:  June 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Order Granting Defs.' Ex Parte Appl. for an Extension of Time to File a Mot. for Summ. J.
(2:23-CV-00651-TLN-DMC)