IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ARMENTA,**<br>Plaintiff,<br>**v.**<br>**ST. ANDRE, et al.,**<br>Defendants. | Case No. 2:23-CV-00651-TLN-DMC<br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Plaintiff is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the application of Defendants R. St. Andre, S. Orenstein, B. Kibler, and J. Speers ("Defendants") for an extension of time to file a motion for summary judgment.

Defendants seek to extend the deadline to file a motion for summary judgment by approximately 21 days, up to and including August 28, 2026. Having considered the application, the Court finds good cause for the requested extension and will grant Defendants' request.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' application for an extension of time to file a motion for summary judgment, ECF No. 58, is **GRANTED**; and
2. The period of time for Defendants to file a motion for summary judgment is extended by approximately 21 days, up to and including August 28, 2026.

**IT IS SO ORDERED.**

Dated: August 5, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE