IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ARMENTA,**<br>Plaintiff,<br>**v.**<br>**ST. ANDRE, et al.,**<br>Defendants. | Case No. 2:23-CV-0651-TLN-DMC-P<br><br>**ORDER GRANTING APPLICATION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the application of Defendants R. St. Andre, S. Orenstein, B. Kibler, and J. Speers ("Defendants") for an extension of time to file an opposition to Plaintiff's Motion for Summary Judgment, which appears on the Court's docket as ECF No. 57 ("Motion").

Defendants seek to extend the deadline to file an opposition to Plaintiff's Motion by 17 days, up to and including August 28, 2026. Having considered the application, the Court finds good cause for the requested extension based on counsel's declaration indicating the need for additional time to meet with his clients and will grant Defendants' request.

/ / /

/ / /

/ / /

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' application for an extension of time, ECF No. 60, to file an opposition to Plaintiff's Motion for Summary Judgment is **GRANTED**; and
2. The period of time for Defendants to file an Opposition to Plaintiff's Motion is extended by 17 days, up to and including August 28, 2026.

**IT IS SO ORDERED.**

Dated: August 12, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE