**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ARMENTA,<br>Plaintiff,<br>v.<br>R. ST. ANDRE, et al.,<br>Defendants. | No. 2:23-cv-0651-TLN-ICD-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the following: (1) Plaintiff's motions for summary judgment, ECF Nos. 57 and 63; (2) Plaintiff's objections and requests for ruling, ECF Nos. 62, 64, and 65; (3) Defendants' motion for an extension of time, ECF No. 66; and (4) Defendants' cross-motion for summary judgment, ECF No. 70.

In his objections at ECF No. 62, Plaintiff opposes Defendants' August 10, 2026, application for an extension of time to respond to Plaintiff's first motion for summary judgment at ECF No. 57. The objections are overruled as moot because the Court has already granted Defendants' motion. ECF No. 61.

Good cause appearing therefor, Defendants' motion for an extension of time to file an opposition to Plaintiff's motions for summary judgment and to file a cross-motion for summary judgment, ECF No. 66, is granted. Defendants' opposition brief at ECF No. 71, and Defendants' cross-motion for summary judgment, both filed on September 18, 2026, ECF Nos. 70 and 71, are deemed timely.

/ / /

/ / /

/ / /

Plaintiffs' various requests for ruling on his pending motions for summary judgment, ECF Nos. 62, 64, and 65, are denied as premature because briefing on Defendants' cross-motion for summary judgment has not yet been completed. The Court will address the pending cross-motions for summary judgment by separate findings and recommendations issued upon completion of briefing.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time, ECF No. 66, is granted.

2. Defendants' opposition brief, ECF No. 71, and cross-motion for summary judgment, ECF No. 70, are deemed timely.

3. Plaintiff's objections to the Court's order granting Defendants' prior request for an extension of time, ECF No. 62, are overruled.

4. Plaintiff's requests for ruling, ECF Nos. 64, and 65, are denied.

5. Defendants' reply in support of their cross-motion for summary judgment is due within 14 days of the date of this order.

6. The parties' cross-motions for summary judgment, ECF Nos. 57, 63, and 70, will be addressed by separate findings and recommendations issued upon completion of briefing.

Dated: October 13, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE